Show of Cause Letter

To: Your Honor

From: Miller, Duhjuan-Lamar(Attorney-in-fact)

Your Honor,

    In the case Miller v. Cox Communications 2:2023cv00587 you will see documents showing cause of Breach of Contract under fiduciary duties. I have accepted all Rights, titles, and interest for DUHJUAN LAMAR MILLER/Principal. As Endorser I have also Endorsed all bills, filed proper tax documents, and sent them back with a Letter of Instruction.

Bills of Exchange Act
Federal Reserve Act 16/29
18 USC 8

Thank You,

Miller,Duhjuan-Lamar(Attorney-In-Fact)

2:2023 cv 00587

5-20-2023